# Court of Appeals of the State of Georgia

ATLANTA,     April 20, 2015     

*The Court of Appeals hereby passes the following order:*

**A15I0160.  DEVIN HOLLIS ZUMARAN v. CITY OF ACWORTH.**

Devin Hollis Zumaran is charged in the Municipal Court of Acworth with failing to stop at a stop sign and misdemeanor possession of marijuana.  After the municipal court denied his motion to withdraw his jury trial waiver, Zumaran filed this application for interlocutory appeal.  We, however, lack jurisdiction.

As a general rule, the ruling of a municipal court must be appealed to the superior court.  See OCGA § 15-6-8 (4) (B) (superior courts have authority to review judgments of municipal courts); OCGA § 40-13-28 (defendant convicted of traffic offense has right of appeal to superior court); see also *Beaman v. City of Peachtree City*, 256 Ga. App. 62 (567 SE2d 715) (2002) (defendant convicted in municipal court of underage possession of alcohol applied to superior court for writ of certiorari); *City of Lawrenceville v. Davis*, 233 Ga. App. 1 (502 SE2d 794) (1998) (DUI defendant appealed municipal court conviction to superior court).  Further, such appeals are generally available only from final judgments of the municipal court.  See *Jenga v. Deveaux*, 193 Ga. App. 436 (1) (388 SE2d 361) (1989).  If the party is aggrieved by the decision of the superior court on appeal, he may file an application for discretionary review in this Court.  See OCGA § 5-6-35 (a) (1).

Because it does not appear that Zumaran has the right to seek review in this Court at this juncture, this application for interlocutory appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____04/20/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*